**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN MARRICONE** )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>**EXPERIAN INFORMATION SOLUTIONS, INC.,** )<br>**et al.** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 09-1123** |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

  Kindly enter the appearance of Gregory J. Gorski on behalf of Plaintiff in the above-captioned matter.

              **Respectfully submitted,**

              **FRANCIS & MAILMAN, P.C.**

    BY:  */s/ Gregory J. Gorski*
        GREGORY J. GORSKI
        Land Title Building, 19th Floor
        100 South Broad Street
        Philadelphia, PA  19110
        (215) 735-8600

Dated: March 13, 2009