**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN MARRICONE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 09-CV-1123 |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC., et. al., | : | |
| | : | |
| Defendants | : | |
| | : | |

**<u>ORDER</u>**

**AND NOW,** this _6th__ day of October 2009, it is **ORDERED** that Defendant's Motion to Dismiss is DENIED in part, without prejudice to Defendants, and GRANTED in part:

•      Defendants' motion to dismiss Plaintiff's FCRA claims is **DENIED**, without prejudice to raise at a later stage in the litigation.

•      Defendants' motion to dismiss Plaintiff's defamation claim is **DENIED**, without prejudice to raise at a later stage in the litigation and to raise any preemption issues regarding state law tort claims.

•      Defendants' motion to dismiss Plaintiff's invasion of privacy claim is **GRANTED**.

•      Defendants' motion to dismiss Plaintiff's requests for equitable relief is **DENIED**, without prejudice to raise at a later stage in the litigation.

1

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: